IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JERMAINE HOPKINS, | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION 14-00011-WS-N |
| CARTER DAVENPORT, | : | |
| Respondent. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this 9th day of June, 2014.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE